UNITED STATES U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWANNA GLOVER,<br><br>      Plaintiff,<br><br> -against-<br><br>DELTA AIR LINES INC., et al,<br><br>      Defendants. | Case No. 1:25-cv-05263-DLI-CHK |

**NOTICE OF DEFENDANT DELTA AIR LINE INC.'S
MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant Delta Air Lines Inc. ("Defendant"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the Eastern District of New York, and the Individual Motion Practice and Rules of this Court, and upon the accompanying Memorandum of Law in Support of Defendant's Motion to Partially Dismiss Plaintiff's Complaint, and on such other and further evidence or argument as may be presented at or before the hearing of this Motion, intends to move before the Honorable Judge Dora L. Irizarry, United State District Judge, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order dismissing Plaintiff Shawanna Glover's: (a) First through Fourth and Seventh through Fifteenth Causes of Actions in their entirety; and (b) Fifth and Sixth Causes of Action for retaliation to the extent they are based on her race or age.

Respectfully submitted,

Dated: November 6, 2025  
      New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Brendan T. Killeen*  
    Brendan T. Killeen  
    Abigail V. Greene  
    101 Park Avenue  
    New York, NY 10178-0060  
    +1.212.309.6000  
    +1.212.309.6001  
    brendan.killeen@morganlewis.com  
    abigail.greene@morganlewis.com

*Attorneys for Defendant Delta Air Lines Inc.*